# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MARIETTA TER-ABELIAN**<br>**RICHARD AYVAZYAN, and**<br>**ZHANETA MOMDZAYAN** | Docket No.<br><br>MAGISTRATE'S CASE NO.<br><br>**SA11-365M** |

Complaint for violation of Title 18 United States Code § 371

| NAME OF MAGISTRATE JUDGE<br>MARC L. GOLDMAN | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, CA |
|---|---|---|
| DATE OF OFFENSE<br>September 2010 to June 2011 | PLACE OF OFFENSE<br>Orange County and elsewhere | Address of ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Beginning in or about September 2010 and continuing to in or about June 2011, in Orange County, within the Central District of California, and elsewhere, defendants MARIETTA TER-ABELIAN, RICHARD AYVAZYAN, and ZHANETA MOMDZAYAN, together with others known and unknown, knowingly combined, conspired, and agreed to commit the following offense against the United States: bank fraud in violation of Title 18, United States Code, Section 1344 by defrauding, devising, participating in, and executing a scheme to defraud Bank of the West and Bank of America, both federally insured institutions, to obtain money owned by and in the custody and control of Bank of the West and Bank of America by means of material false and fraudulent pretenses, representations, and promises.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>*/s/ Remoun Karlous*<br><br>SPECIAL AGENT REMOUN KARLOUS,<br>INTERNAL REVENUE SERVICE |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>**MARC L. GOLDMAN** | DATE   July 19, 2011 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AUSA: JLW:lz

## AFFIDAVIT IN SUPPORT OF ARREST WARRANTS

I, Remoun Karlous, being duly sworn, hereby state as follows:

### I.

### BACKGROUND OF AFFIANT

1. I am a Special Agent ("SA") with the Internal Revenue Service Criminal Investigation ("IRS-CI") in the Los Angeles Field Office and have been so employed since April 1995. As a Special Agent, I have successfully investigated several cases involving criminal violations of Title 18, Title 26, and Title 31 of the United States Code, which have resulted in seizure, search, and arrest warrants.

2. Unless stated otherwise, I have personal knowledge of the matters set out in this affidavit. To the extent that any information is not within my personal knowledge, it was made known to me through reliable law enforcement sources, and I believe it to be true.

3. This affidavit is submitted for the limited purpose of establishing probable cause sufficient to obtain arrest warrants. I have not attempted to include each and every fact learned by me or other investigators during the course of this investigation.

### II.

### PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint and arrest warrants for MARIETTA TER-ABELIAN (TER-ABELIAN), her husband RICHARD AYVAZYAN (AYVAZYAN), and her mother-in-law ZHANETA MOMDZAYAN

(MOMDZAYAN), for violating Title 18, United States Code, Section 371 (Conspiracy to Commit Bank Fraud).

## III.

## FACTS ESTABLISHING PROBABLE CAUSE

### A. Overview

5. On or about May 17, 2011, I received a telephone call from Bank of the West Investigator Hayley McCormick, reporting allegations of possible mortgage fraud by TER-ABELIAN and AYVAZYAN. Investigator McCormick told me that these bank customers and others had provided possible inflated income and false documentation, including false W-2s and false tax returns, in order to qualify for bank loans that they otherwise would not qualify for. The IRS began investigating the allegations against TER-ABELIAN and AYVAZYAN. From this investigation, I determined that MOMDZAYAN was also participating in the mortgage fraud conspiracy with TER-ABELIAN, and AYVAZYAN and that the fraud affected more than one financial provider - BOTW, JP Morgan Chase, and Bank of America, all federally insured banks.

### B. Richard Ayvazyan (AYVAZYAN)

6. I reviewed Bank of America loan files for AYVAZYAN which shows that he got approval for a $500,000 HELOC on or about November 6, 2007, for his residence located at 5427 Encino Avenue, Encino, CA. AYVAZYAN withdrew the entire $500,000 on March 17, 2008. AYVAZYAN reported to Bank of America on his loan application that he was making $44,000 per month ($44,000 per month times 12 months equals $528,000 per year) working at In-Line Investments Inc. IRS tax records show that in 2007 AYVAZYAN filed

a joint return with TER-ABELIAN, his wife, and they reported jointly that their adjusted gross income was approximately $149,000 and in 2008 they reported jointly that their adjusted gross income was approximately $22,000. IRS tax records also show that In-Line Investments Inc. reported approximately $76,000 in total income for 2007 and approximately $36,000 in total income for 2008. Based on my experience and training, I know that the inflated income reported to Bank of America was instrumental in the approval of this HELOC.

7. A further review of the Bank of America loan files show that on March 17, 2008, AYVAZYAN transferred $500,000 from his Bank of America HELOC (account #3899) directly to his joint Bank of America checking account with TER-ABELIAN. On June 10, 2008, AYVAZYAN wrote two checks; the first, check #286 to Washington Mutual Bank for $452,560.57 for payment to mortgage account #8350 which is the mortgage loan for 5141 Genesta Avenue, Encino, CA, a property owned solely by TER-ABELIAN. The second check #282 was payable to Los Angeles County Tax Collector for $16,163.19. The Los Angeles County Tax Collector payment was for the property tax bill for TER-ABELIAN's property located 5141 Genesta Ave. Encino, CA. Bank of America eventually incurred a loss of $470,000 from this HELOC. IRS records also show that Bank of America issued a forgiveness of debt for $470,000 on behalf of AYVAZYAN for the loan described above.

8. The $452,560.57 payment from AYVAZYAN to TER-ABELIAN's mortgage account ending in #8350 now gave TER-ABERLIAN sufficient equity to refinance her current mortgage with Chase to a new lender, BOTW. By

3

refinancing with BOTW, TER-ABELIAN was able to extract $450,000 from a new BOTW HELOC as more fully described below.

C. **Marietta Ter-Abelian (TER-ABELIAN)**

9. From a review of the BOTW files, I learned that in late 2010, TER-ABELIAN began the process to refinance her current mortgage loan for her property located at 5141 Genesta Avenue, Encino, CA. TER-ABELIAN provided to BOTW her 2008 and 2009 W-2s and Federal tax returns. TER-ABELIAN's 2008 and 2009 W-2s show that she worked for United Labs, Inc. both years and that her wages were $209,208 in 2008 and $215,904 in 2009. Based on my training and experience, the W-2s and Federal tax returns provided by TER-ABELIAN to BOTW were instrumental in the approval process for two mortgage loans with BOTW.

10. I reviewed tax returns filed by TER-ABELIAN with the IRS for the 2008 and 2009 tax years and discovered that the W-2s filed with the IRS were completely different than the W-2s filed with BOTW. The W-2s filed with the IRS for TER-ABELIAN for both 2008 and 2009 showed income of less than $20,000 per year, and the employer listed on the W-2s filed with the IRS was different from the employer listed on the W-2s given to BOTW. Through my training and experience I know that loan applicants frequently inflate their income by providing false W-2s and false tax returns in order to qualify for bank loans they otherwise would not qualify for.

11. On or about January 8, 2011, BOTW approved and funded two mortgage loans for TER-ABELIAN on the Encino property that were completed simultaneously, a first mortgage for $712,000 and a Home Equity Line of Credit (HELOC) for $450,000. Approvals for both loans relied on the W-2s and Federal tax returns provided by TER-ABELIAN by fax directly to BOTW.

4

Hayley McCormick, the BOTW investigator, stated to me that the bank would not have approved these loans if they had known the W-2s and tax returns provided by TER-ABELIAN were false.

12. After receiving approval for these two mortgage loans, TER-ABELIAN transferred $230,000 on January 13, 2011 from the HELOC to her personal checking account with BOTW. On or about January 15, 2011, TER-ABELIAN wrote check number 1025 from her BOTW checking account payable to Hamlet Aleksanyan (Aleksanyan) for $200,000. On or about January 18, 2011, these funds were deposited into Aleksanyan's Bank of America account. On June 6, 2011, Homeland Security Special Agent Jeff Eastman and I interview Aleksanyan who stated that he borrowed the funds from a friend so that he could purchase a home.

13. Regardless of whether the $200,000 was borrowed by Aleksanyan from TER-ABELIAN or not, these funds were obtained fraudulently by means of the false W-2s and tax returns provided to BOTW by TER-ABELIAN. On June 6, 2011 a Federal Seizure Warrant was approved by the Honorable Judge Nakazato and the $200,000 was seized from Aleksanyan's account.

14. On or about April 16, 2011, TER-ABELIAN wrote check #102 for $200,000 from her BOTW HELOC payable to Central Avenue Billiard Inc. This check was deposited into Central Avenue Billiard Inc.'s JP Morgan Chase account on or about April 18, 2011. This account is controlled by Lilit Davtyan. After reviewing Lilit Davtyan's JP Morgan Chase account, I noticed that in and around the same time period, approximately $50,000 in cash was structured into this account. Then, on or about May 3, 2011, Lilit Davtyan transferred $250,000 into First American Title Company

5

located in Santa Ana, CA. These funds were deposited into Escrow #178-2301235 for the purchase of a condo located at the Cosmopolitan West Unit #4425, 3708 Las Vegas Blvd. South, Las Vegas, NV, under the name of Lilit Davtyan. On or about May 25, 2011, this condo property was bought free and clear for approximately $1 million dollars. The source of the remaining $750,000 used to purchase this property is unknown at this time. At this point there is no loss on TER-ABELIAN's BOTW HELOC account.

D. **Zhaneta Momdzayan (MOMDZAYAN)**

15.     From reviewing files from PMC Bancorp, I learned that on or about July 28, 2010, AYVAZYAN sold his residence located at 5427 Encino Avenue, Encino, CA (the same residence that Bank of America forgave his $470,000 debt) for $1.3 million to AYVAZYAN's mother, ZHANETA MOMDZAYAN (MOMDZAYAN). MOMDZAYAN applied for and received funding for a mortgage loan of $715,000 from PMC Bancorp on or about August 9, 2010 (PMC Bancorp is not a bank and not FDIC insured.) MOMDZAYAN stated on her loan application that she earns $13,566 per month working for United Labs, Inc for the past 12 years as a Marketing Director. A letter in the loan file signed by MOMDZAYAN states that she does not have a relationship with the owner/seller of this property. Special Agent Jeff Eastman told me that he reviewed immigration records for AYVAZYAN which shows his mother is MOMDZAYAN.

16.     I reviewed tax return information for MOMDZAYAN and discovered that she did not file a tax return for 2008 and 2009 and that no W-2 income was reported to the IRS from United Labs, Inc. Therefore I believe that all wage and income information provided to PMC Bancorp are false and misleading. During the loan approval process, fabricated bank

6

statements from First Bank were provided that shows MOMDZAYAN as the sole name on bank statements, and in reality the original bank statements show that TER-ABELIAN and MOMDZAYAN are both listed on the banks statements. Furthermore, the fabricated bank statements also concealed the true source of the down payment, which was from various individuals. Through my experience and the experience of other agents, we believe this was done to show PMC Bancorp that she (MOMDZAYAN) was the sole owner of the account and the funds in the account, which is not true. Furthermore, the mortgage payments for this residence, from at least October 2010 to the present, are currently being paid from a First Bank account controlled by TER-ABELIAN, which leads me to believe that AYVAZYAN still owns this residence although it is technically in his mother's name.

17.     PMC Bancorp told me this loan was sold to Fannie Mae and they are servicing the loan for Fannie Mae. Washington Mutual Bank held the first mortgage for this property when it was owned by AYVAZYAN. Therefore the loan received through Fannie Mae was used to pay off the first mortgage with Washington Mutual Bank. Washington Mutual Bank was FDIC insured at the time, and is now owned by JP Morgan Chase, which also is FDIC insured.

## IV.

## CONCLUSION

18. Based on the facts set forth herein, and on my experience and training in investigating cases involving violations of federal law and other experienced agents with whom I have consulted, I submit there is probable cause to believe that MARIETTA TER-ABELIAN, her husband RICHARD AYVAZYAN, and her mother-in-law ZHANETA MOMDZAYAN had a conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 371.

REMOUN KARLOUS
Special Agent, IRS-CI


Subscribed and sworn to before me this
____19th____ day of July, 2011.

**MARC L. GOLDMAN**
UNITED STATES MAGISTRATE JUDGE